United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 12-10219-NMG |
| DOMINGO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER

GORTON, J.

Because defendant has not demonstrated excusable neglect or good cause for his failure to file a timely notice of appeal, this Court declines to enlarge such time for doing so and rules that defendant's notice of appeal was not timely filed.

Nathaniel M. Gorton
United States District Judge

Dated: April 22, 2016

-1-